**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Wilberto Nara Jimenez,<br>Petitioner,<br>v.<br>Eric Rokosky, et al.,<br>Respondents. | **NO. CV-26-06529-PHX-MAA**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 24, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted as to the request for a bond redetermination hearing. Judgment is entered in Petitioner's favor and this case is terminated.

Daniel R. McAllister
District Court Executive/Clerk of Court

September 24, 2026

By s/ Rebecca Kobza
Deputy Clerk